1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BERGSTRAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-70709 HRL (PVT) |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **DETENTION HEARING;[PROPOSED]** |
| v. ) | **ORDER** |
| ) | |
| TARA BERGSTRAND, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, December 5, 2007, at 2:00 p.m., be continued to Thursday, December 6, 2007, at 9:30 a.m.  The continuance is being requested because defense counsel is continuing investigation relevant to the bail hearing.


Dated:  12/5/06                         _____/s/_____
                                        LARA S. VINNARD
                                        Assistant Federal Public Defender

Dated:  12/5/06                         _____/s/_____
                                        JEFF SCHENK
                                        Assistant United States Attorney

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-70709 HRL (PVT)                1

## ORDER

The parties have jointly requested a continuance of the detention hearing set for December 5, 2007, due to continuing defense investigation.

IT IS HEREBY ORDERED that the hearing date presently set for December 5, 2007, be continued to December 6, 2007, at 9:30 a.m.

Dated: _____

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER CONTINUING HEARING AND
EXCLUDING TIME
No. CR 07-70709 HRL (PVT)                2