IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TARA BERGSTRAND, et al.,<br><br>　　　　　Defendants. | No. CR 07-70709 HRL (PVT)<br><br>[~~PROPOSED~~] ORDER ALLOWING DEFENDANT BERGSTRAND TO TRAVEL TO NORTHERN DISTRICT OF CALIFORNIA<br><br>**Honorable Patricia V. Trumbull**<br>United States Magistrate Judge |

GOOD CAUSE APPEARING,

IT IS ORDERED that the conditions of release set on December 6, 2007 are hereby modified to permit defendant, Tara Bergstrand, to travel to San Jose, California on January 13, 2008, and return to the District of Idaho on January 16, 2008. Ms. Bergstrand will be traveling to the Northern District of California to meet with her attorney, Assistant Federal Public Defender, Lara S. Vinnard, and for an anticipated joint defense meeting with Jerry Y. Fong and his client, John Lagace. Prior to leaving Idaho, the defendant shall advise Pretrial Services of her itinerary.

All other conditions of release shall remain in full force and effect.

Dated: 1/9/08

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Order to Allow Travel
No CR 07-70709 HRL / PVT　　　　　　　　1