1   JERRY Y. FONG, ESQ. (SBN 99673)
    CAREY & CAREY
2   706 COWPER STREET
    P.O. BOX 1040
3   PALO ALTO, CA  94302-1040
    650/328-5510
4   650/853-3632 fax

5   Attorneys for Defendant JOHN ROGER LAGACE

6

7
                    UNITED STATES DISTRICT COURT
8
                  FOR THE DISTRICT OF CALIFORNIA
9
                        SAN JOSE DIVISION
10

11  UNITED STATES OF AMERICA,        )    CASE NO.  CR 07-70709 HRL
                                     )
12         Plaintiff,                )    [PROPOSED] ORDER AUTHORIZING
                                     )    DEFENDANTS JOHN ROGER
13  vs.                              )    LAGACE AND TARA BERGSTRAND
                                     )    AND THEIR ATTORNEYS TO MEET
14  DAVID LOUIS BEHAR, LINDSAY       )    FOR A JOINT DEFENSE
    ROBIN HOGUE, TARA                )    CONFERENCE AT THE FEDERAL
15  BERGSTRAND, and JOHN ROGER       )    COURT HOUSE._____
    LAGACE,                          )
16                                   )
           Defendants.               )
17  _____)

18
           Pursuant to the joint requests of Defendants John Roger Lagace and Tara Bergstrand
19
    and their attorneys and good cause appearing herein, it is hereby ordered that Mr. Lagace,
20
    who is in pretrial custody, Ms. Bergstrand, who is on pretrial release, shall be permitted to
21
    meet together with their attorneys in a joint defense meeting, which shall take place on
22
    Wednesday, January 16, 2008 at 12:00 p.m. (noon) in the Court Room of Magistrate-Judge
23
    Patricia V. Trumbull.  Furthermore, the United States Marshal shall provide and facilitate the
24
    transportation of Mr. Lagace for the meeting.  It is so ordered.
25

26
    DATED:
27                                        _____
                                          MAGISTRATE-JUDGE OF THE UNITED
28                                        STATES DISTRICT COURT