1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant TARA BERGSTRAND

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,            )    No. CR 07-70709 HRL
11                                       )
                      Plaintiff,         )    **NOTICE OF SUBSTITUTION OF**
12                                       )    **COUNSEL**
   vs.                                   )
13                                       )
   TARA BERGSTRAND,                      )
14                                       )
                      Defendant.         )
15 _____)

16        The Federal Public Defender, Barry J. Portman, was previously appointed as counsel for

17 Tara Bergstrand.  Pursuant to General Order 45 of the Local Rules, Assistant Federal Public

18 Defender Manuel U. Araujo enters his Notice of Substitution of Attorney for Ms. Bergstrand.

19 Mr. Araujo will be replacing Assistant Federal Public Defender Lara Vinnard as counsel of

20 record.  Counsel's contact information is listed above.

21
   Dated: January 11, 2008
22                                   Respectfully submitted,

23                                   BARRY J. PORTMAN
                                     Federal Public Defender
24                                              /S/

25                                   MANUEL U. ARAUJO
                                     Assistant Federal Public Defender
26

Notice of Substitution of Counsel          1