1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant BERGSTRAND

**E-FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 07-70709 HRL (PVT) |
|---|---|
| Plaintiff, | ) STIPULATION RE: DEFENDANT |
| | ) BERGSTRAND APPLICATION TO |
| v. | ) MODIFY CONDITIONS OF RELEASE; |
| | ) [PROPOSED] ORDER |
| TARA BERGSTRAND, et al., | ) |
| Defendants. | ) |

### STIPULATION

Defendant Tara Bergstrand and the government, through their respective counsel, Assistant Federal Public Defender, Manuel U. Araujo, and Assistant United States Attorney Jeff Schenk, hereby agree and stipulate that, subject to the court's approval, the conditions of release previously set by the court on December 6, 2007, may be modified as follows. First, the parties stipulate that defendant Tara Bergstrand may travel to the Northern District to California between February 4, 2008 and February 8, 2008, for the purpose of meeting with her counsel and for the purpose of attending a hearing set in the District Court for February 7, 2008.

Second, the parties agree that the conditions of release may be modified to permit defendant Tara Bergstrand to travel without her assigned custodian to the Northern District of

1  California between February 4, 2008 and February 8, 2008, for purposes set forth above.

3  Dated: 1/24/08

/s/
Manuel U. Araujo
Assistant Federal Public Defender

5  Dated: 1/24/08

/s/
JEFFREY SCHENK
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the conditions of release set on December 6, 2007 are hereby modified as follows:

(1) Defendant Tara Bergstrand may travel from Idaho to the Northern District of California between February 4, 2008 and February 8, 2008, for purposes of a meeting with defense counsel and attending the February 7, 2008, hearing.

(2) Defendant Tara Bergstrand may travel without her custodian to the Northern District of California.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

Dated: 1/24/08

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION TO MODIFY CONDITIONS OF
RELEASE; [PROPOSED] ORDER
No. CR 07-70709 HRL (PVT)                    2