1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant
   JOHN ROGER LAGACE

**FILED**

FEB - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LOUIS BEHAR, LINDSAY ROBIN HOGUE, TARA BERGSTRAND, and JOHN ROGER LAGACE,<br><br>Defendants. | CASE NO. CR 07-70709 HRL<br><br>STIPULATION TO CONTINUE HEARING; [~~proposed~~] ORDER |

IT IS HEREBY STIPULATED, by Defendants and the government, through their respective counsel that, subject to the Court's approval, the hearing date in the above-captioned matter, presently set for Thursday, February 7, 2008, at 9:30 am, be continued to Thursday, February 21, 2008. The continuance has been requested because the parties need time to discuss settlement.

The parties further agree and stipulate that the period of time from February 7, 2008 through and including February 21, 2008, should be excluded pursuant to Speedy Trial Act, 18 U.S.C. §3161. Accordingly, the Untied States and the defendants agree that granting the requested exclusion of time will


1  serve the interests of justice and outweigh the interest of the public and
2  defendants in a speedy trial.
3
4  DATED: January 31, 2008                CAREY & CAREY
5
6                                         _____/s/_____
                                          JERRY Y. FONG, Attorneys for
7                                         JOHN ROGER LAGACE
8
9  DATED:  __1/31__, 2008                 _____/S/_____
                                          PETER LEEMING
10                                        Attorney for Mr. Behar
11
12 DATED:  __1/29__, 2008                 _____/s/_____
                                          MANUEL ARAUJO
13                                        Attorney for Ms. Bergstrand
14
15 DATED:  __1/29__, 2008                 _____/s/_____
                                          GEOFFREY BRAUN
16                                        Attorney for Ms. Hogue
17
18 DATED:  __1/29__, 2008                 _____/s/_____
                                          JEFFREY B. SCHENK
19                                        Assistant U.S. Attorney
20
21
22
23                                    ORDER
24     The parties have jointly requested a continuance of the hearing set for
25 February 7, 2008.
26     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
27 presently set for February 7, 2008, be continued to February 21, 2008, at 9:30
28 am, as well as the period of delay from February 7, 2008 to and including

1 | February 21, 2008, be excluded for purposes of Speedy Trial Act computations
2 | pursuant to 18 U.S.C. §3161.
3 |     IT IS SO ORDERED.
4 |
5 | DATED: _____, 2008

HOWARD R. LLOYD
U.S. Magistrate Judge